RECEIVED
IN LAKE CHARLES, LA.
NOV 03 2009
TONY R MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LINDA PETE | : | CIVIL ACTION NO. 08-774 |
| VS. | : | JUDGE MINALDI |
| MICHAEL J ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the Commissioner's determination be AFFIRMED and that plaintiff's Complaint be DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 30 day of October, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE